## File Hashes for IP Address 173.70.130.138

**ISP:** Verizon Internet Services
**Physical Location:** Maplewood, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/23/2013 13:45:28 | 75278D3D1A3C15BCC061EA76AF54B1BE181EFF4D | Naughty and Nice |
| 01/20/2013 19:01:10 | 65D34358717190C7A97D1C7A47AAA0498973FC64 | Girls Night Out |
| 01/20/2013 18:57:45 | F7F3D256F23771D0AF985F28EB99B14553ED4960 | Farewell |
| 01/20/2013 18:56:17 | 714B975D8B8E1ED2BB07EA43906F599F95EC5E4C | Lovely Lovers |
| 01/20/2013 18:41:48 | 859265F75EC56E7B89C8C21F07DBFE0CA99B54CF | Dream Come True |
| 01/20/2013 18:34:56 | 9A66F5ABD062F8A5990CFC02B47420BD00212BA4 | This Side of Paradise |
| 01/20/2013 18:31:04 | 54B087D975CA1B7D3553F0442B5DDE3DA3B70ECA | Sneak N Peek |
| 01/10/2013 16:08:02 | 3FCA2DBC6EBBC979581096EDA01FFB60BD23BED5 | Vacation Fantasy |
| 01/03/2013 02:49:29 | 4E4E4A0B029B3AED984E9E6C373589E46E6792DF | Morning Desires |
| 12/10/2012 19:23:49 | 212B1F33CDCE38866240D2FEC4A802FEF3C8663A | Then They Were Three |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

CNJ43