# Expanded Surveillance of IP Address 173.70.130.138

**ISP:** Verizon Internet Services
**Location:** Maplewood, NJ

| Hit Date UTC | Filename |
|---|---|
| 02/08/2013 | AIRAC_1302_by_imr147 |
| 02/08/2013 | prnfle1501x.mov |
| 02/08/2013 | mattix_-_bli_som_forr.mp3 |
| 02/08/2013 | Auto Repair For Dummies - OCR.pdf |
| 02/08/2013 | FlyTampa_Montreal_FS9_FSX_P3D_Update_11.rar |
| 02/07/2013 | Game Informer-February 2013-P2P.pdf |
| 02/07/2013 | Taxi2Gate - Mexico City Intl. v2 - MMMX.rar |
| 02/07/2013 | Game Informer-January 2013-P2P.pdf |
| 02/06/2013 | x-art_eufrat_angelica_deep_longing_540.wmv |
| 02/06/2013 | AS_EL-HIERRO-X_FSX_PREPAR3D_V101.rar |
| 02/05/2013 | 159 Complete Do-It-Yourself Ebooks Collection (Best DIY Manual) |
| 02/04/2013 | Parental Guidance 2013 720p TS XViD - INSPiRAL.avi |
| 02/04/2013 | FTXEUEGSG100.exe |
| 02/03/2013 | Discografia Supertramp Cmpleta (1970-2010) [Mp3][www.lokotorrents.com] |
| 02/03/2013 | X-Art - Seeing Double - Addison, Gianna [720p].wmv |
| 02/03/2013 | Supertramp |
| 02/02/2013 | Rhinoceros (64bit) 5.1.20927.2230 |
| 02/02/2013 | Public Speaking and Presentations |
| 02/02/2013 | Unhitched-The_Trial_of_Christopher_Hitchens_-_Seymour_Richard.pdf |
| 02/02/2013 | Engineering Library Add-on (Civil Branch) |
| 02/02/2013 | SWA.Complete.Sonar.X2-TUTORiAL |

EXHIBIT C

CNJ43

| Hit Date UTC | Filename |
|---|---|
| 02/01/2013 | FSC921.RAR |
| 02/01/2013 | Computer Music Special CD Content Fast Guide To Synthesis WiN OSX [deepstatus] |
| 02/01/2013 | Computer Music Magazine.rar |
| 01/31/2013 | x-art_kristen_working_out_together_540.wmv |
| 01/30/2013 | SexArt - Yes - Lia Lor [1080p].mp4 |
| 01/30/2013 | 3SWITCHED-RELOADED - Crack RAZ0R_1911-..rar |
| 01/30/2013 | Flight International - January 29 2013 |
| 01/29/2013 | FSX_P3D_FlyTampa_Montreal_V100.rar |
| 01/29/2013 | AS_GIBRALTAR-X_FSX_V101.rar |
| 01/28/2013 | cr11181_1500.mp4 |
| 01/28/2013 | Mary.Sunday.Afternoon.Solo.XArt.2013.FullHD_iyutero.com.wmv |
| 01/28/2013 | www.torrent.to...The.Walking.Dead.S02E06.Secrets.German.Dubbed.HDTV.XviD-ITG |
| 01/28/2013 | The_Bombshells_4_-_Anikka_Albrite_Mischa_Brooks_Lia_Lor_Maddy_OReilly_Sharon_Lee |
| 01/28/2013 | Maddy.Oreilly.All.I.Want.NubileFilms.2013_iyutero.com.mp4 |
| 01/28/2013 | Penthouse - USA - February 2013 - [RedBull123] |
| 01/28/2013 | Anikka.Albrite.Johnny.Castle.MyWifesHotFriend.2012_iyutero.com.wmv |
| 01/28/2013 | 2012 UPC by IAPMO.pdf |
| 01/28/2013 | MGP 2006 [XazteR] |
| 01/27/2013 | Mechanics of Flight 11e.pdf |
| 01/27/2013 | SaS-28267 Tiffany Tyler and James Deen |
| 01/27/2013 | Jersey Shore Shark Attack[2012]BDrip[1080p]AC3 6ch[Tornster_RG]-Atlas47 |
| 01/27/2013 | [FSXP3D] Aerosoft - Airbus X Extended v1.04 |
| 01/27/2013 | Aviation Week and Space Technology - Jan 28 2013 |
| 01/27/2013 | AS_DHC-6TWINOTTERX_V121.rar |
| 01/27/2013 | FlyTampa_Montreal_FS9_FSX_10.rar |

EXHIBIT C

CNJ43

| Hit Date UTC | Filename |
|---|---|
| 01/26/2013 | 522_Rustic_Carpentry_1907 |
| 01/26/2013 | Fly_Tampa_-_SeattleXHD_KSEA.rar |
| 01/26/2013 | PD-27378 Jodi Taylor and Barry Scott |
| 01/26/2013 | 530_Carpentry_1916 |
| 01/26/2013 | 518_Elementary_Principles_of_Carpentry_1875 |
| 01/26/2013 | OpusFSX.rar |
| 01/25/2013 | Victoria.Every.Mans.Desire.XArt.2012.FullHD_iyutero.com.net.mov |
| 01/23/2013 | The Cleaning Encyclopedia - Your A To Z Illustrated Guide To Cleaning Like Pros! -Mantesh |
| 01/23/2013 | 524_Carpentry_Joinery_1907 |
| 01/23/2013 | prnfle1293x |
| 01/23/2013 | X-Art.angelica_naughty.and.nice.hd.1080p |
| 01/23/2013 | Boxon Vrac |
| 01/23/2013 | Color Design Workbook -A Real World Guide to Using Color in Graphic Design [Team Nanban] |
| 01/22/2013 | Wasteland.[720p].mkv |
| 01/22/2013 | 520_Elementary_Woodworking_1903 |
| 01/21/2013 | The Art of Sex 2 |
| 01/21/2013 | x-art_angelica_a_little_rain_must_fall_720.wmv |
| 01/20/2013 | WowGirls - His Art Is Deep - Angela aka Nataly Gold [720p].mp4 |
| 01/20/2013 | [FS2004]-[FSX]-FRIENDLY PANELS - BOMBARDIER LEARJET 45 PANEL.rar |
| 01/20/2013 | BGB-11773 Jade Indica |
| 01/20/2013 | Gabriella.nneli.Veronika.Samantha.Girls.Night.Out.X.Art.2011_iyutero.com.flv |
| 01/20/2013 | prnfle1258x.mov |
| 01/20/2013 | Rise of the Planet of the Apes 2011 TS XviD |
| 01/20/2013 | Jade.Indica.Jades.Fantasy.BoundGangBangs.2013_iyutero.com.wmv |
| 01/19/2013 | 28268_Rilynn Rae-chkm8te.wmv |

EXHIBIT C

CNJ43

| Hit Date UTC | Filename |
|---|---|
| 01/19/2013 | Rolling Stone - January 31 2013 |
| 01/19/2013 | WIRED - February 2013 |
| 01/19/2013 | 26943_Anissa Kate.wmv |
| 01/19/2013 | x-art_mira_yoga_master_and_student_540.wmv |
| 01/19/2013 | x-art_ivy_spur_of_the_moment_720.wmv |
| 01/19/2013 | Baby.Want.You.XArt.2013_iyutero.com.wmv |
| 01/19/2013 | 27383_Alex Chance-chkm8te.wmv |
| 01/19/2013 | Boiling Up_750.mp4 |
| 01/14/2013 | Accu-Feel 2.0.rar |
| 01/12/2013 | 27944_Riley Evans.wmv |
| 01/12/2013 | 27177_ Vicki Chase.wmv |
| 01/12/2013 | 27750_SerenaBlair.wmv |
| 01/12/2013 | AS_AIRBUS-X-EXTENDED_FSX_PREPAR3D_V103b.rar |
| 01/12/2013 | Wrath Of The Titans (2012) DVDRip XViD- Jiggly |
| 01/11/2013 | BGB-11527 Emma Haize |
| 01/11/2013 | x-art_clover_susie_warm_inside_540.mov |
| 01/11/2013 | The Art of Sex 2 (2012) WEB-DL |
| 01/11/2013 | AIRAC_1301_by_imr147 |
| 01/11/2013 | kings of leon - youth and young manhood |
| 01/10/2013 | x-art_susie_vacation_fantasy_720.mov |
| 01/10/2013 | X-Art.com_13.01.09.Susie.Clover.Warm.Inside.XXX.iMAGESET-P4L[rbg] |
| 01/10/2013 | The Art Of Masturbation Marie McCray.mov |
| 01/10/2013 | The Art of Ass - Angelica |
| 01/09/2013 | Buffalo Springfield Discography |
| 01/09/2013 | Flight International - January 8 2013 |

EXHIBIT C
CNJ43

| Hit Date UTC | Filename |
|---|---|
| 01/08/2013 | Capitaine.Corelli-French-certifie by Darkange.avi |
| 01/08/2013 | Jessie.Cox.Helpless.Slut.SexAndSubmission.2012.HD_iyutero.com.wmv |
| 01/08/2013 | ToO-25398 Aiden Starr and Anikka Albrite |
| 01/08/2013 | (Ebook) Paladin Press-US Army Counter Sniper Guide.pdf |
| 01/08/2013 | FB-0472 Maestro, Audrey Rose |
| 01/08/2013 | Bound Gangbangs - Audrey Rose HD 720p |
| 01/08/2013 | Modern Military Techniques |
| 01/07/2013 | x-art_ivy_spur_of_the_moment_540.wmv |
| 01/07/2013 | Veronica.Rodriguez.in.Teenie.Bikini.Barely.Legal.Hustler.2013.HD_iyutero.com.mp4 |
| 01/07/2013 | ToO-27553 Cassandra Nix |
| 01/07/2013 | Katie.James.My.Name.is.Meat.SexAndSubmission.2012.HD_iyutero.com.wmv |
| 01/07/2013 | Kelly.Divine.Slut.Connection.SexAndSubmission.2012.HD_iyutero.com.wmv |
| 01/07/2013 | mdhgveronicaseth_1080.mp4 |
| 01/07/2013 | Admiral Richard E. Byrd and The Hollow Earth Theory part 1+2.pdf |
| 01/07/2013 | Public Disgrace - Madison Scott HD 720p |
| 01/07/2013 | ToO-25430 Adrianna Luna |
| 01/07/2013 | Veronica.Rodriguez.Brother.Is.Not.At.Home.Premiumhdv.2012.HD_iyutero.com.mp4 |
| 01/07/2013 | X ART WET ORGASM |
| 01/07/2013 | mshfveronicajordan_qt.mp4 |
| 01/07/2013 | ToO-25391 Chastity Lynn and Maestro |
| 01/07/2013 | Bound Gang Bangs - Katie Summers |
| 01/07/2013 | killing209 |
| 01/07/2013 | Anikka.Albrite.Training.Anikka.Albrite.Day.4.TheTrainingOfO.2012_iyutero.com.wmv |
| 01/07/2013 | X ART SWEETEST DREAMS |
| 01/07/2013 | FuckedHard18 Veronica Rodriguez.wmv |

EXHIBIT C

CNJ43

| Hit Date UTC | Filename |
|---|---|
| 01/07/2013 | X-Art.com_13.01.05.Ivy.Spur.Of.The.Moment.XXX.IMAGESET-FuGLi[rbg] |
| 01/06/2013 | Collegerules - Its All About Sharing In College [720p].mp4 |
| 01/06/2013 | cr11013_1500.mp4 |
| 01/06/2013 | ORBXTamworthORBX_YSTW_1.30.rar |
| 01/06/2013 | CollegeRules - College Fuck Swap [720p].mp4 |
| 01/06/2013 | cr11100_1500-chkm8te.mp4 |
| 01/06/2013 | PAINKITS_AIRBUS_EXTENDED.zip |
| 01/06/2013 | Daredorm - Best Friends Forever - Sara.flv |
| 01/06/2013 | Daredorm - In It To Win - Esmeralda.flv |
| 01/06/2013 | cr10892_800-chkm8te.mp4 |
| 01/06/2013 | WYOL Wollongong |
| 01/06/2013 | DareDorm_Ordering strippers.mp4 |
| 01/06/2013 | OrbxFTXNZMF100.exe |
| 01/06/2013 | Daredorm - Three Is A Crowd - Ivette.flv |
| 01/06/2013 | ktr.ddm.12.11.02.classy.girl.flv |
| 01/06/2013 | Daredorm - One For The Money - Tawny.flv |
| 01/06/2013 | ktr.ddm.12.11.30.power.hour.flv |
| 01/06/2013 | Students.At.The.Ranch.CollegeRules.2012.HD_iyutero.com.mp4 |
| 01/05/2013 | Art of Basic Drawing |
| 01/05/2013 | Total_Guitar_-_Winter_2012.pdf |
| 01/05/2013 | Pencil Drawing Techniques |
| 01/05/2013 | PD-26835 Leya Falcon and Tommy Pistol |
| 01/05/2013 | SaS-27180 Bailey Blue and James Deen |
| 01/04/2013 | Brutal Fucking, Devastating Deep Throating, Incredible Category 5 Suspension, Catastrophic orgasms! Alisha Adams Matt Williams |

EXHIBIT C

CNJ43

| Hit Date UTC | Filename |
|---|---|
| 01/04/2013 | 2012 Urban X Performer of the year!! Extreme fucking, deep throating and massive orgasm overload! Skin Diamond Matt Williams |
| 01/04/2013 | Deluxe Threesome With Boroka Balls and Tarra White Private.com 14.121080p |
| 01/04/2013 | Helpless Cougar is Sexually Destroyed. Brutal throat, pussy fucking, squirting screaming orgasms! Simone Sonay Matt Williams |
| 01/04/2013 | Buying a Home The Missing Manual -Mantesh |
| 01/04/2013 | Professional Body Builder, bound, oiled, hung upside down, throat fucked, made to cum! Ashley Starr Matt Williams |
| 01/03/2013 | DB-26530 Nikki Darling |
| 01/03/2013 | FM-27083 Abby Cross |
| 01/03/2013 | DB-27090 Maia Davis and Jack Hammer |
| 01/03/2013 | Hogtied - Rain DeGrey Extreme Fucking Orgasms |
| 01/03/2013 | Battleship Bismarck (Anatomy of the Ship) |
| 01/03/2013 | Hogtied - Lexi Belle |
| 01/03/2013 | 27059_cassandra_hd.wmv |
| 01/03/2013 | FutileStruggles.Dixon.Mason.Hogtied-Part.1.XXx |
| 01/03/2013 | HogTied - Hitchhiker In Trouble - Amber Rayne.wmv |
| 01/03/2013 | X-Art.com_13.01.02.Introducing.Clover.XXX.iMAGESET-P4L[rbg] |
| 01/03/2013 | 26930_Simone Sonay.wmv |
| 01/03/2013 | Hogtied.com 27066_jayden 13.12 720P |
| 01/03/2013 | X-Art Angie 540p |
| 01/03/2013 | Hogtied Claire Dames |
| 01/03/2013 | 27159_AnnaBelle_Lee.wmv |
| 01/03/2013 | 27520_Darling.wmv |
| 01/03/2013 | DB-26984 Mz Berlin, Felony and Bella Rossi |
| 01/03/2013 | prnfle1044x.mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/02/2013 | FSX MilViz Beechcraft Baron B-55-.exe |
| 01/02/2013 | MilViz_B55_v5.120830 |
| 01/01/2013 | The Philosophy Book (gnv64).pdf |
| 01/01/2013 | F1-HT(FSX and FS9).rar |
| 01/01/2013 | Sensual.xBDSM.For.Couples.ZeroTolerance.DvDRip.x264.2012_iyutero.com.mp4 |
| 12/31/2012 | PD-21684 Toni Ribas and Jessie Rogers |
| 12/31/2012 | x-art_angie_morning_desires_540-chkm8te.wmv |
| 12/30/2012 | qw757.zip |
| 12/29/2012 | AS_AIRBUS-X-EXTENDED_FSX_PREPAR3D_V102b.zip |
| 12/29/2012 | Rotor and Wing Magazine Collection PDF MEGAPACK [CARG] |
| 12/29/2012 | AI_PLAYER.rar |
| 12/29/2012 | SaS-27179 Cherry Torn and Xander Corvus |
| 12/29/2012 | PD-27151 Beretta James and Karlo Karrera |
| 12/28/2012 | x-art_baby_together_again_720.mp4 |
| 12/28/2012 | The Complete Atlas of Star Trek |
| 12/28/2012 | Penthouse Magazine USA February 2013 [azizex666] |
| 12/27/2012 | Downton_Abbey.2012_Christmas_Special.A_Journey_To_The_Highlands.720p_HDTV_x264-FoV [PublicHD] |
| 12/27/2012 | The Muppet Christmas Carol 1992 X264 720p DTS Subs Ned |
| 12/27/2012 | [ www.TorrentDay.com ] - Nigellissima.S01E07.Christmas.Special.HDTV.x264-C4TV |
| 12/27/2012 | Nigellas.Christmas.Kitchen.S02E02.The.Stocking.Filler.PDTV.x264.JIVE.mp4 |
| 12/27/2012 | How.The.Grinch.Stole.Christmas.1966.1080p.BluRay.x264-CiNEFiLE [PublicHD] |
| 12/27/2012 | Interior Design Magazine - The Best of the Year (December 2012) |
| 12/27/2012 | [ www.TorrentDay.com ] - Call.The.Midwife.1x07.Christmas.Special.HDTV.XviD-AFG |
| 12/27/2012 | FSX Razbam Harrier AV8II Update.rar |

EXHIBIT C

CNJ43

| Hit Date UTC | Filename |
|---|---|
| 12/26/2012 | The Sound of Music (1965) |
| 12/26/2012 | Combat Aircraft Monthly - February 2013 |
| 12/26/2012 | AS_MEGA-AIRPORT-PARIS-ORLY-X_FSX_V101.rar |
| 12/26/2012 | AS_MEGA-AIRPORT-PARISX-CDG_V111.rar |
| 12/25/2012 | x-art_angelica_naughty_and_nice_720.wmv |
| 12/25/2012 | OrbxFTXKSFF100.exe |
| 12/24/2012 | Christmas Music Pack [iSpeedz] |
| 12/24/2012 | Owen E. Dell Sustainable Landscaping for Dummies.mobi |
| 12/24/2012 | OrbxFTXEGHR100.exe |
| 12/24/2012 | Airliner Tech |
| 12/24/2012 | Anissa.Kate.James.Deen.Sex.Object.An.Erotic.BDSM.Fantasy.Feature.Presentation.SexAndSubmission.2012_iyutero.com.wmv |
| 12/23/2012 | 26943_Anissa Kate.wmv |
| 12/22/2012 | FS2CREW - MD80 Edition |
| 12/22/2012 | PD-26952 Audrey Hollander and Ramon Nomar |
| 12/22/2012 | AS_AIRBUS-X-EXTENDED_V101b.zip |
| 12/22/2012 | Architectural Record Magazine 2012 Full Collection - (Malestrom) |
| 12/22/2012 | X-Art - Sent From Heaven - Baby [720p].mov |
| 12/22/2012 | Cassidey.Meet.Cassidey.MichaelNinn.2012.FullHD_iyutero.com.mp4 |
| 12/22/2012 | Madison.Scott.Taboo.Teaching.SexAndSubmission.2012.HD_iyutero.com.wmv |
| 12/22/2012 | X Art Starting Over 1080 |
| 12/22/2012 | Swingers - Kayden Kross.avi |
| 12/22/2012 | ND as355.rar |
| 12/21/2012 | x-art_beata_a_girls_fantasy_540.mov |
| 12/21/2012 | BB-A X P Setup.rar |

EXHIBIT C

CNJ43

| Hit Date UTC | Filename |
|---|---|
| 12/21/2012 | Houses |
| 12/20/2012 | The Car Bodywork Repair Manual - A Do-it-yourself Guide to Car Bodywork Repair, Renovations and Painting -Mantesh |
| 12/20/2012 | Sustainable Landscaping for Dummies - Owen E. Dell.mobi |
| 12/20/2012 | Flight International - December 18 2012 |
| 12/20/2012 | torrent |
| 12/20/2012 | Sonar X2.iso |
| 12/19/2012 | AS_AIRBUS-X-EXTENDED_FSX_PREPAR3D_V100.rar |
| 12/19/2012 | Stereophile Magazine January 2013 [azizex666] |
| 12/18/2012 | x_art_gianna_a_love_story_720.mov |
| 12/18/2012 | ??- ????? ? 3?. (2012) 3D Half OverUnder. BDRip 1080p.mkv |
| 12/18/2012 | 5944.flv |
| 12/18/2012 | MiG-21 |
| 12/17/2012 | Christmas - Irish Christmas - [TFM] - 2012 |
| 12/17/2012 | ES-21670 Bobbi Starr and Brooklyn Lee |
| 12/17/2012 | ES-24723 Bobbi Starr and Katharine Cane |
| 12/17/2012 | [WowGirls.com] Klara - Juicy Nymph 2011.mkv |
| 12/17/2012 | Katie.Kox.The.Proposal.SexAndSubmission.2012.HD_iyutero.com.wmv |
| 12/17/2012 | Anjelica - Must-Own Girl - 720p.mp4 |
| 12/17/2012 | FM-2000 Rip |
| 12/17/2012 | WowGirls - A Close Acquaintance - Paloma [720p].mp4 |
| 12/17/2012 | X-Art Lipstick Lesbians (Baby, Mira) (2012) HD 1080p |
| 12/17/2012 | Samantha Saint - Uptown Pussy HD 720p |
| 12/17/2012 | WowGirls - The Weakness Of The Princess - Anjelica [720p].mp4 |
| 12/17/2012 | ES-24550 Lorelei Lee and Beretta James |

EXHIBIT C

CNJ43

| Hit Date UTC | Filename |
|---|---|
| 12/17/2012 | WowGirls - Two Curious Schoolmates - Eden, Frida C [1080p].wmv |

EXHIBIT C

CNJ43