Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KARIO BULLEN, <br><br> Defendant. | Civil Action No. 2:13-cv-01106-WHW-CLW |

## ENTRY OF DEFAULT

It appearing that the Complaint was filed in this case on February 25, 2013; that the Amended Complaint was filed on June 20, 2013; that the summons and Amended Complaint were duly served upon Defendant, Kario Bullen on July 15, 2013, and no answer or other pleadings have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant, Kario Bullen, as provided in Rule 55(a), Federal Rules of Civil procedure.

By: _____
Deputy Clerk

1