Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KARIO BULLEN, <br><br> Defendant. | Civil Action No. 2:13-cv-01106-WHW-CLW |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF KARIO BULLEN**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Kario Bullen ("Defendant") from this action without prejudice. Kario Bullen was assigned the IP Address 173.70.130.138. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Kario Bullen has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 9, 2013

                                                      Respectfully submitted,

                                                      By: __/s/ *Patrick J. Cerillo*___
                                                      Patrick J. Cerillo, Esquire

pjcerillolaw@comcast.net
Attorney At Law
4 Walter Foran Boulevard, Suite 402
Flemington, NJ 08822
Phone: 908-284-0997
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2013, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.

### Service List

Kario Bullen
216 Laurel Avenue
Maplewood, NJ 07040